FILED
CLERK, U.S. DISTRICT COURT

NOV - 6 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> ALBERT MAGAYANEZ VILLALBA <br> Defendant. | Case No.: SA CR 03-68 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist, CA** for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✗) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **allegation to be created + rept; no verified background info or bail resources**

```
                                                           
                                                           
                                                           
         and/or

B.      ( )  The defendant has not met his/her burden of establishing by
         clear and convincing evidence that he/she is not likely to pose
         a danger to the safety of any other person or the community if
         released under 18 U.S.C. § 3142(b) or (c).  This finding is based
         on:_____
         _____
         _____
         _____


         IT THEREFORE IS ORDERED that the defendant be detained pending
the further revocation proceedings.

Dated:        11/6/14


                                              _____
                                              UNITES STATES MAGISTRATE JUDGE
```